UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Capone and Keefe, PC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax #732-528-4458

Order Filed on July 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Giovanny A. and Vanessa Manzur

Case No.:        18-10794

Chapter:        13

Judge:        Ferguson

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 6, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc C. Capone, Esq. _____, the applicant, is allowed a fee of $ _____ 600.00 _____ for services rendered and expenses in the amount of $_____ 0.00 _____ for a total of $_____ 600.00 _____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

□  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ 2,500.00 _____ per month for _____ 60 _____ months to allow for payment of the above fee.

*rev.8/1/15*

2