DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J. Tracy, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Chrysler Capital

Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Giovanny A. Manzur and Vanessa Manzur

Debtors.

Case No.:  18-10794-KCF

Judge:  Hon. Kathryn C. Ferguson

Chapter:  13

## CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 19, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J. Tracy, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Chrysler Capital

In Re:

Giovanny A. Manzur and Vanessa Manzur
Debtors.

Case No.: 18-10794-KCF

Judge: Hon. Kathryn C. Ferguson

Chapter: 13

## CONSENT ORDER

Upon the motion of Creditor, Chrysler Capital, under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

**one (1) 2015 Jeep Wrangler Wagon (V.I.N. 1C4AJWBG4FL5266)** to amounts owing on the retail instalment contract described in the underlying motion.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

_____
Richard J. Tracy Esq.
Attorneys for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

Date: October 17, 2018

_____
Marc C. Capone
Capone and Keefe, PC
60 Highway 71
Unit 2
Spring Lake Heights, NJ 07762

Date: October 11, 2018