Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J. Tracy, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Chrysler Capital

In Re:

    Giovanny A. Manzur and Vanessa Manzur

    Debtors.

Case No.: 18-10794-KCF

Judge: Hon. Kathryn C. Ferguson

Chapter: 13

## CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 19, 2018**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J. Tracy, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Chrysler Capital

In Re:

Giovanny A. Manzur and Vanessa Manzur
Debtors.

Case No.: 18-10794-KCF

Judge: Hon. Kathryn C. Ferguson

Chapter: 13

## CONSENT ORDER

Upon the motion of Creditor, Chrysler Capital, under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

**one (1) 2015 Jeep Wrangler Wagon (V.I.N. 1C4AJWBG4FL5266)** to amounts owing on the retail instalment contract described in the underlying motion.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

_____
Richard J. Tracy Esq.
Attorneys for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

Date: October 17, 2018

_____
Marc C. Capone
Capone and Keefe, PC
60 Highway 71
Unit 2
Spring Lake Heights, NJ 07762

Date: October 11, 2018

United States Bankruptcy Court
District of New Jersey

In re:  
Giovanny A. Manzur  
Vanessa Manzur  
    Debtors

Case No. 18-10794-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 19, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2018.  
db/jdb      Giovanny A. Manzur,    Vanessa Manzur,    140 Long Swamp Rd,    New Egypt, NJ   08533-1927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2018 at the address(es) listed below:

       Albert Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    Harley-Davidson Credit Corp kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marc C. Capone    on behalf of Debtor Giovanny A. Manzur mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
       Marc C. Capone    on behalf of Joint Debtor Vanessa Manzur mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
       Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
       Richard James Tracy, III    on behalf of Creditor    Chrysler Capital rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com  
       Sherri Jennifer Smith    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
       Sindi Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com  
       Steven P. Kelly    on behalf of Creditor    CALIBER HOME LOANS, INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                           TOTAL: 11