Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–10794–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Giovanny A. Manzur
140 Long Swamp Rd
New Egypt, NJ 08533–1927

Vanessa Manzur
140 Long Swamp Rd
New Egypt, NJ 08533–1927

Social Security No.:
xxx–xx–7965

xxx–xx–8153

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on March 4, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 4, 2019
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Giovanny A. Manzur
Vanessa Manzur
    Debtors

Case No. 18-10794-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3     Date Rcvd: Mar 04, 2019
                Form ID: 148     Total Noticed: 85

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.

```
db/jdb         Giovanny A. Manzur,    Vanessa Manzur,    140 Long Swamp Rd,    New Egypt, NJ  08533-1927
cr            +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
517278190      A-1 Collection - Centra State Medical,    715 Horizon Dr,    Grand Junction, CO  81506-8700
517549796     +ACAR Leasing Ltd,    POB 183853,    Arlington, TX 76096-3853
517278191      ACB Receivables/Central Jersey EM,    PO Box 350,    Asbury Park, NJ  07712-0350
517278195      AR Resources Inc,    Bankruptcy,    PO Box 1056,    Blue Bell, PA  19422-0287
517278197      AT&T Mobility- Enhanced Recovery Corp.,    8014 Bayberry Rd,    Jacksonville, FL  32256-7412
517278198      AT&T Mobilty II LLC,    1 AT & T Way,    Bedminster, NJ  07921
517278192      American InfoSource,    PO Box 71083,    Charlotte, NC  28272-1083
517278194      Apothaker Scian PC,    PO Box 5496,    Mount Laurel, NJ  08054-5496
517278201      Best Buy Credit Services,    PO Box 790040,    Saint Louis, MO  63179-0040
517278203      Capital Management Services-Discover,    698 1/2 S Ogden St,    Buffalo, NY  14206-2317
517278206      CareCentrix,    PO Box 277947,    Atlanta, GA  30384-7947
517278207     +Centra State Medical Center,    901 W Main St,    Freehold, NJ 07728-2549
517278208      Central Credit/Penn CR First Energy,    Attn: Bankruptcy,    PO Box 988,
                Harrisburg, PA  17108-0988
517278210      Chubb- Great Northern Insurance Co,    Specialty Claim Service Center,    82 Hopmeadow St,
                Simsbury, CT  06070
517319286     +Cornerstone Education Loan Services,    POB 145123,    Salt Lake City, UT 84114-5123
517278211      Cornerstone/Aes,    Attn: Bankruptcy,    PO Box 2461,    Harrisburg, PA  17105-2461
517278212      Credit First NA- Somerset Tire,    PO Box 818011,    Cleveland, OH  44181-8011
517278215      Dept. of Education-Cornerstone Education,    PO Box 145123,    Salt Lake City, UT  84114-5123
517292751     +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
517278221      Hayt, Hayt & Landau,    PO Box 500,    Eatontown, NJ  07724-0500
517278223      IC Systems-Endocrinology Assoc,    444 Highway 96 E,    Saint Paul, MN  55127-2557
517278226      Jared Galleria/Gfs-Sterling Jewelers,    PO Box 4480,    Beaverton, OR  97076-4480
517278227      Jersey Shore Anesthesia,    Scott Sekular, Esq.,    208 Monmouth Rd,    Oakhurst, NJ  07755-1568
517278228      Jersey Shore University Med Ctr,    c/o Celentano Stadtmauer,    1035 US Highway 46,
                Clifton, NJ  07013-2468
517376640      Jersey Shore University Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,,
                1035 Route 46 East, P.O. Box 2594,    Clifton, NJ 07015-2594
517278229      KML Law Group,    316 Haddon Ave Ste 406,    Westmont, NJ  08108-1235
517278231     +Kubota Credit Corp,    1025 Northbrook Pkwy,    Suwanee, GA 30024-2967
517322078     +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517278232      LabCorp,    PO Box 2240,    Burlington, NC  27216-2240
517278235      Midland Funding,    Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ  07054-5020
517278239      Quest Diagnostic,    PO Box 740985,    Cincinnati, OH  45274-0985
517278243    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   State of NJ- Division of Taxation,    PO Box 286,
                Trenton, NJ  08695-0286)
517278241      Santander Consumer-Chrysler Capital,    PO Box 961245,    Fort Worth, TX  76161-0244
517278242      Springleaf Financial -LVNV Funding,    119 US Highway 22,    Green Brook, NJ  08812-2147
517278244      Stern & Eisenberg, PC,    1040 Kings Hwy N Ste 407,    Cherry Hill, NJ  08034-1925
517278251      Transworld Sys Inc/Carecentrix,    PO Box 15630,    Wilmington, DE  19850-5630
517278253      US Bank- Harley Davidson Visa,    4325 17th Ave S,    Fargo, ND  58103-3538
517278255      Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                Mason, OH  45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 05 2019 00:01:57      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 05 2019 00:01:52      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517278193      EDI: AMEREXPR.COM Mar 05 2019 04:33:00      Amex,    Correspondence,    PO Box 981540,
                El Paso, TX  79998-1540
517278196      EDI: RESURGENT.COM Mar 05 2019 04:33:00      Ashley Funding Services,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
517401943      EDI: RESURGENT.COM Mar 05 2019 04:33:00      Ashley Funding Services, LLC its successors and,
                assigns as assignee of Laboratory,    Corporation of America Holdings,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517278199      EDI: TSYS2.COM Mar 05 2019 04:33:00      Barclays Bank Delaware,    100 S West St,
                Wilmington, DE  19801-5015
517278200      EDI: BL-BECKET.COM Mar 05 2019 04:33:00      Beckett and Lee LLP,    PO Box 3001,
                Malvern, PA  19355-0701
517278202      E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 05 2019 00:02:51      Caliber Home Loans, In,
                13801 Wireless Way,    Oklahoma City, OK  73134-2500
517351734     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 05 2019 00:02:52      Caliber Home Loans, Inc.,
                13801 Wireless Way,    Oklahoma City OK 73134-2500
517278205      EDI: CAPITALONE.COM Mar 05 2019 04:33:00      Capital One,    PO Box 30285,
                Salt Lake City, UT  84130-0285
```

```
District/off: 0312-3           User: admin                  Page 2 of 3                   Date Rcvd: Mar 04, 2019
                               Form ID: 148                 Total Noticed: 85

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517278204      EDI: CAPITALONE.COM Mar 05 2019 04:33:00      Capital One,
                Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
517341600      EDI: BL-BECKET.COM Mar 05 2019 04:33:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
517278209      EDI: CHASE.COM Mar 05 2019 04:33:00      Chase Card Services,    Attn: Correspondence,
                PO Box 15278,   Wilmington, DE  19850-5278
517278213      EDI: CRFRSTNA.COM Mar 05 2019 04:33:00      Credit First National Assoc,
                Attn: BK Credit Operations,    PO Box 81315,    Cleveland, OH  44181-0315
517278214      EDI: RCSFNBMARIN.COM Mar 05 2019 04:33:00      Credit One Bank NA,    PO Box 98873,
                Las Vegas, NV  89193-8873
517290603      EDI: DISCOVER.COM Mar 05 2019 04:33:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
517278216      EDI: DISCOVER.COM Mar 05 2019 04:33:00      Discover Financial,    PO Box 3025,
                New Albany, OH  43054-3025
517278217      EDI: PHINAMERI.COM Mar 05 2019 04:33:00      GM Financial -Americredit,    PO Box 183853,
                Arlington, TX  76096-3853
517278219      EDI: GMACFS.COM Mar 05 2019 04:33:00      GMAC,    PO Box 380901,    Bloomington, MN  55438-0901
517278218      EDI: GMACFS.COM Mar 05 2019 04:33:00      GMAC,    PO Box 105677,    Atlanta, GA  30348-5677
517278222      E-mail/Text: bankruptcy@hccredit.com Mar 05 2019 00:02:57      HC Processing Center,
                PO Box 829,   Springdale, AR  72765-0829
517278220      E-mail/Text: bankruptcy.notices@hdfsi.com Mar 05 2019 00:02:28      Harley Davidson Financial,
                Attention: Bankruptcy,    PO Box 22048,    Carson City, NV  89721-2048
517278225      EDI: IRS.COM Mar 05 2019 04:33:00      Internal Revenue Service,    51 Haddonfield Rd Ste 300,
                Cherry Hill, NJ  08002-4805
517278230      EDI: CBSKOHLS.COM Mar 05 2019 04:33:00      Kohls/Capital One,    Kohls Credit,    PO Box 3043,
                Milwaukee, WI  53201-3043
517278230      E-mail/Text: bncnotices@becket-lee.com Mar 05 2019 00:01:02      Kohls/Capital One,
                Kohls Credit,    PO Box 3043,    Milwaukee, WI  53201-3043
517401138      EDI: RESURGENT.COM Mar 05 2019 04:33:00      LVNV Funding, LLC its successors and assigns as,
                assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                PO Box 10587,   Greenville, SC  29603-0587
517278233      EDI: MID8.COM Mar 05 2019 04:33:00      Midland Credit Management,    2365 Northside Dr Ste 300,
                San Diego, CA  92108-2709
517278234      EDI: MID8.COM Mar 05 2019 04:33:00      Midland Credit Management,    PO Box 2011,
                Warren, MI  48090-2011
517375794      E-mail/Text: peritus@ebn.phinsolutions.com Mar 05 2019 00:02:49
                PERITUS PORTFOLIO SERVICES II / WOLLEMI,    PO BOX 141419,    IRVING, TX  75014-1419
517278236      EDI: PRA.COM Mar 05 2019 04:33:00      Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,
                Norfolk, VA  23541-1067
517344975      EDI: PRA.COM Mar 05 2019 04:33:00      Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,
                POB 41067,    Norfolk VA 23541
517278237      EDI: PRA.COM Mar 05 2019 04:33:00      Portfolio Recovery- GE Capital,    Attn: Bankruptcy,
                PO Box 41067,   Norfolk, VA  23541-1067
517278238      EDI: Q3G.COM Mar 05 2019 04:33:00      Quantum3 Group,    PO Box 788,    Kirkland, WA  98083-0788
517381589      EDI: Q3G.COM Mar 05 2019 04:33:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                PO Box 788,    Kirkland, WA  98083-0788
517278240      EDI: RESURGENT.COM Mar 05 2019 04:33:00      Resurgent Capital Services,    PO Box 10587,
                Greenville, SC  29603-0587
517280405     +EDI: RMSC.COM Mar 05 2019 04:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517278245      EDI: RMSC.COM Mar 05 2019 04:33:00      Synchrony Bank /Amazon,    Attn: Bankruptcy,
                PO Box 103104,    Roswell, GA  30076-9104
517278246      EDI: RMSC.COM Mar 05 2019 04:33:00      Synchrony Bank- Care Credit,    Attn: Bankruptcy,
                PO Box 103104,    Roswell, GA  30076-9104
517278247      EDI: RMSC.COM Mar 05 2019 04:33:00      Synchrony Bank- PC Richard,    Attn: Bankruptcy,
                PO Box 103104,    Roswell, GA  30076-9104
517278248      EDI: RMSC.COM Mar 05 2019 04:33:00      Synchrony Bank- Sleepys,    Attn: Bankruptcy,
                PO Box 103104,    Roswell, GA  30076-9104
517278249      EDI: RMSC.COM Mar 05 2019 04:33:00      Synchrony Bank/Walmart,    PO Box 965060,
                Orlando, FL  32896-5060
517410102     +E-mail/Text: bncmail@w-legal.com Mar 05 2019 00:02:07      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517278250      EDI: WTRRNBANK.COM Mar 05 2019 04:33:00      Target,    C/O Financial & Retail Srvs Mailstopn BT,
                PO Box 9475,    Minneapolis, MN  55440-9475
517278252      EDI: USBANKARS.COM Mar 05 2019 04:33:00      US Bank National,    Bankruptcy Dept,    PO Box 108,
                Saint Louis, MO  63166-0108
517278254     +EDI: VERIZONCOMB.COM Mar 05 2019 04:33:00      Verizon,
                Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                Weldon Springs, MO 63304-2225
517392846     +EDI: AIS.COM Mar 05 2019 04:33:00      Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 46
```

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Mar 04, 2019
                              Form ID: 148             Total Noticed: 85

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517278224*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA   19101-7346
517322079*      +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517680995*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  PO Box 245,    Trenton, NJ 08695-0245)
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
            Albert   Russo    docs@russotrustee.com
            Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Kevin Gordon McDonald    on behalf of Creditor    Harley-Davidson Credit Corp
             kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Marc C Capone    on behalf of Debtor Giovanny A. Manzur 5325@notices.nextchapterbk.com,
             docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com
            Marc C Capone    on behalf of Joint Debtor Vanessa  Manzur 5325@notices.nextchapterbk.com,
             docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com
            Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
            Richard James Tracy, III    on behalf of Creditor    Chrysler Capital rtracy@schillerknapp.com,
             tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
            Sherri Jennifer Smith    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
             nj.bkecf@fedphe.com
            Sindi  Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
            Steven P. Kelly    on behalf of Creditor    CALIBER HOME LOANS, INC. skelly@sterneisenberg.com,
             bkecf@sterneisenberg.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```