UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on March 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Giovanny A. Manzur
Vanessa Manzur

Debtor(s)

Case No.: 18-10794 / KCF

Judge: Kathryn C. Ferguson

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: March 4, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the Court on the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any *Order to Employer to Pay to the Chapter 13 Trustee* (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:
Giovanny A. Manzur
Vanessa Manzur
    Debtors

Case No. 18-10794-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 04, 2019
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.
db/jdb         Giovanny A. Manzur,    Vanessa Manzur,    140 Long Swamp Rd,    New Egypt, NJ    08533-1927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2019 at the address(es) listed below:
         Albert   Russo     docs@russotrustee.com
         Denise E. Carlon     on behalf of Creditor     Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Kevin Gordon McDonald     on behalf of Creditor     Harley-Davidson Credit Corp kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Marc C Capone     on behalf of Debtor Giovanny A. Manzur 5325@notices.nextchapterbk.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com
         Marc C Capone     on behalf of Joint Debtor Vanessa   Manzur 5325@notices.nextchapterbk.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com
         Nicholas V. Rogers     on behalf of Creditor     CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
         Richard James Tracy, III     on behalf of Creditor     Chrysler Capital rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
         Sherri Jennifer Smith     on behalf of Creditor     CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
         Sindi   Mncina     on behalf of Creditor     CALIBER HOME LOANS, INC. smncina@rascrane.com
         Steven P. Kelly     on behalf of Creditor     CALIBER HOME LOANS, INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 11